# United States District Court
# District of Massachusetts

GEVA BARASH,
    Plaintiff,

v.                       CIVIL ACTION NO. 2009-11166-RBC

BANK OF AMERICA, N.A.,
    Defendant.

## ORDER ON DEFENDANT'S MOTION TO COMPEL DISCOVERY (#13)

COLLINGS, U.S.M.J.

    No opposition having been filed within the time provided by the Local Rules or to date, it is ORDERED that Defendant's Motion to Compel Discovery (#13) be, and the same hereby is, ALLOWED.

    The plaintiff Geva Barash, is ORDERED, pursuant to Rule 37(a)(2), Fed.R.Civ.P., to serve further answers to interrogatories and to produce further documents in full compliance with paragraphs (a) and (b) of the motion (#13) *on or before the close of business on April 13, 2010.*

    Failure to comply with the within Order shall result in the imposition of

one or more of the sanctions set forth in Rule 37(b), Fed.R.Civ.P.

With respect to the claim for reasonable expenses, including attorney's fees, counsel for the defendant shall file and serve, *on or before the close of business April 9, 2010*, an affidavit or affidavits documenting the amount that Bank of America will claim as the reasonable expenses, including attorney's fees, which Bank of America incurred in obtaining the within Order. The plaintiff Geva Barash is granted leave to file and serve a response/opposition to the amount claimed or any deficiencies in the supporting documentation *on or before the close of business Friday, April 23, 2010*.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: March 29, 2010.